

---

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

January 27, 2018

Honorable Nancy Hershey Lord
United States Bankruptcy Court Judge
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    Barbara Edwena Murphy and Granville Earl Murphy
            Bankruptcy Case No: 17-44205

Pursuant to the court's loss mitigation order entered on September 22, 2017 in the above referenced matter, please let this letter serve as a status report and summary of what has transpired between the parties.

On December 18, 2017, Creditor advised Debtor they were denied for a loan modification, as a review of the financials provided stated that the Debtor's monthly expenses exceed their gross monthly income, thus a modification is unaffordable given current income. Any new modification payment amount would be far greater than the current mortgage payment making it even less likely for a sustainable solution. Thereafter, on February 5, 2018, my office filed an application for termination of loss mitigation on the docket. To date, there has been no opposition to our request for termination.
.

**Please feel free to contact our office should you have additional questions.**

                                Sincerely,

                                <u>/s/ Adam J. Friedman, Esq.</u>
                                Adam J. Friedman, Esq.
                                Friedman Vartolo LLP
                                85 Broad Street, Suite 501
                                New York, New York 10004
                                (P) 212.471.5100
                                (F) 212.471.5150
                                bankruptcy@friedmanvartolo.com