UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                                                          CASE NO.: 17-44205

                                                                                                                              CHAPTER: 7

Barbara Edwena Murphy and

Granville Earl Murphy

                                                         Debtor(s).

-------------------------------------------------------------------x

## **CREDITOR LOSS MITIGATION AFFIDAVIT**

I, Adam J. Friedman, Esq., being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Bronx, New York.

On March 22, 2018, I served a true copy of the financial packet and this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (email) at the following addresses:

                        nagwu@bka.org

Pursuant to that request, the Debtor[2] must provide the following documents:

☐    A copy of the Debtor's two (2) most recent federal income tax returns;

☐    A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☐    A copy of the Debtor's business= two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses *[for the months of]*;

☐    A copy of the mortgagee's completed financial worksheet;

☐    Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☒    Other (please specify): MEB Capital loss mitigation package with applicable document checklist and missing documents letter.

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

Name: Abraham Stern

Title: Managing Partner

Phone Number: 718-557-7777

Fax Number:  718-557-7732

Email Address:  a.stern@mebcapital.com

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name:  Adam Friedman, Esq.

Firm:   Friedman Vartolo LLP

Phone Number: (212) 471-5100

Fax Number:   (212) 471-5150

Email Address: bankruptcy@friedmanvartolo.com

Dated:  March 22, 2018
        New York, New York

/s/Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
(212) 471-5119
bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

IN RE:                                         :  CASE NO.: 17-44205

Barbara Edwena Murphy and          :  CHAPTER: 7
                                                  :  HON. JUDGE.:
Granville Earl Murphy                   :
                                                  :  NANCY H. LORD
                        Debtor                :
                                                  :  HEARING DATE:

-------------------------------------------------------------------X

**Certificate of Service**

On <u>March 22, 2018</u>, I served a true copy of the annexed **CREDITOR LOSS MITIGATION AFFIDAVIT** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                        <u>/s/ Adam J. Friedman, Esq.</u>
                                                        Adam J. Friedman, Esq.
                                                        Friedman Vartolo LLP
                                                        85 Broad Street, Suite 501
                                                        New York, NY 10004
                                                        (212) 471-5100
                                                        (212) 471-5150

## **S**ERVICE **L**IST

Barbara Edwena Murphy
159-13 116th Ave
Jamaica, NY 11434
***Debtor***

Granville Earl Murphy
159-13 116th Ave
Jamaica, NY 11434
***Debtor***

**Ndukwe Agwu**
Brooklyn Legal Services Corporation A
260 Broadway, Suite 2
Brooklyn, NY 11211
***Debtor's Attorney***

Alan Nisselson
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019
***Trustee***

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
***U.S. Trustee***