

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 4, 2018

Honorable Nancy Hershey Lord
United States Bankruptcy Court Judge
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    Barbara Edwena Murphy and Granville Earl Murphy
           Bankruptcy Case No: 17-44205

Pursuant to the court's loss mitigation order entered on November 22, 2017 in the above referenced matter, please let this letter serve as a status report and summary of what has transpired between the parties.

On June 18, 2018 our office sent debtor's counsel a response to the request with additional details pertaining to the denial letter. At the prior hearing before this Court, on July 10, 2018, the parties discussed the denial at great length as well as non-retention options and at the conclusion of the conference, it was determined and agreed upon by all parties that the debtors will attempt to sell the property with the court allowing sixty (60) days to sell the property. Since the hearing our office has attempted to follow up with Debtor's counsel several times to inquire as to the status and progress of any potential sale but have received no response. It is therefore the belief of the Secured Creditor that the debtor's have not made any progress towards a sale. Per this Court's directive at the prior hearing; if no progress of the sale has occurred by this upcoming hearing date, Secured Creditor would be granted stay relief as the Motion for Relief has been pending since the initial hearing was set, nearly one year ago, on October 17, 2017.

Therefore, we respectfully request that loss mitigation be terminated at this time and relief from the automatic stay, with respect to the subject property, be granted.

**Please feel free to contact our office should you have additional questions.**

                                                  Sincerely,

                                                  /s/ Adam J. Friedman, Esq.
                                                  Adam J. Friedman, Esq.
                                                  Friedman Vartolo LLP
                                                  85 Broad Street, Suite 501
                                                  New York, New York 10004
                                                  (P) 212.471.5100
                                                  (F) 212.471.5150
                                                  bankruptcy@friedmanvartolo.com